Submitted on remand from the Oregon Supreme Court May 27, on respondent's motion to dismiss, appeal dismissed June 29, 1981

PETER KIEWIT SONS' CO.,
*Respondent,*

*v.*

PORT OF PORTLAND,
*Appellant.*

(No. A8005-02667, CA 18146)

630 P2d 415

Before Joseph, Chief Judge, and Thornton and Buttler, Judges.

PER CURIAM.

**PER CURIAM.**

The Supreme Court on May 27, 1981, 291 Or 49, 628 P2d 720, reversed and remanded the prior order of this court denying respondent Peter Kiewit's motion to dismiss appellant Port of Portland's appeal. The motion to dismiss is allowed.

Appeal dismissed.